Filed by ET D.C.
ELECTRONIC
Nov. 20, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: **08-CV-61866-Seitz-O'Sullivan**

Juan Garcia, on behalf
of himself and
others similarly situated,

        Plaintiff,

vs.

The Berkley Group, Inc., a Florida
corporation, M & M Cleaning, Corp., a
Florida corporation and Wanda Morillo,

        Defendants.
_____/

### COMPLAINT

Plaintiff, Juan Garcia, (hereinafter referred to as "Plaintiff") sues jointly and severally Defendants The Berkley Group, Inc., M & M Cleaning, Corp., and Wanda Morillo, individually (hereinafter referred to collectively as "Defendants") and brings this action on behalf of himself and other employees and former employees of Defendants who are similarly situated. Plaintiff alleges as follows:

## INTRODUCTION

1. This is an action by Plaintiff and others similarly situated against their former employers to recover unpaid overtime compensation, liquidated damages, attorney fees and costs under the provisions of 29 U.S.C. § 201 et seq. (Fair Labor Standards Act), and specifically under the provisions of Title 29 U.S.C. §§ 207(a)(1) and 216(b).

## JURISDICTION

2. This action arises under the Fair Labor Standards Act. Jurisdiction is conferred on this Court by 28 U.S.C. § 1337 and by 29 U.S.C. § 216(b).

## VENUE

3. Venue is proper, as the claim arose in Broward County, Florida.

4. Defendant, The Berkley Group, Inc., is a Florida corporation doing business in Broward County Florida.

5. Defendant, The M & M Cleaning, Corp., is a Florida corporation doing business in Broward County Florida.

6. Upon information and belief Defendant, Wanda Morillo resides in Broward County FL.

**GENERAL ALLEGATIONS**

7. Plaintiff and others similarly situated were at all times material to this Complaint, employees of Defendants.

8. Each Defendant was an employer to Plaintiff and others similarly situated as that term is defined in 29 U.S.C. § 203(d) since they had substantial control over the terms and conditions of Plaintiff's work.

9. Defendant, The Berkley Group, Inc. at all times pertinent to this complaint was an enterprise as defined in 29 U.S.C. § 203 (r)(1).

10. Defendant, M & M Cleaning, Corp. at all times pertinent to this complaint was an enterprise as defined in 29 U.S.C. § 203 (r)(1).

11. Defendant, The Berkley Group, Inc. and M & M Cleaning, Corp. at all times pertinent to this complaint was a joint enterprise.

12. At all times pertinent to this complaint defendant, The Berkley Group, Inc., M & M Cleaning, Corp. had employees engaged in commerce or in the production of goods for commerce or had employees handling, selling, or otherwise working on goods or

materials that have been moved in or produced for commerce as defined in 29 U.S.C. § 203(s)(1)(A)(i).

13. Upon information and belief, at all times pertinent to this Complaint the annual gross volume of sales made or business done by defendant, The Berkley Group, Inc. was not less than five hundred thousand dollars ($500,000.00) as required by 29 U.S.C. § 203(s)(1)(A)(i-ii).

14. Upon information and belief, at all times pertinent to this Complaint the annual gross volume of sales made or business done by defendant, M & M Cleaning, Corp., and Wanda Morillo, was not less than five hundred thousand dollars ($500,000.00) as required by 29 U.S.C. § 203(s)(1)(A)(i-ii).

15. Plaintiff and others similarly situated performed work for defendants, The Berkley Group, Inc., and M & M Cleaning, Corp. where they were individually engaged in commerce or in the production of goods for interstate commerce as defined in 29 U.S.C. § § 203(r) and 203(s).

16. On or about August 1, 2004, Plaintiff, was hired by Defendants as an employee to perform the work

of a maintenance person until on or about August 04, 2008.

17. The additional persons who may become plaintiffs in this action are individuals employed by Defendants who:

    a. Had maintenance responsibilities.

    b. Were subject to the payroll practices and procedures described below and

    c. Worked in excess for forty (40) hours per week during one or more workweeks.

    d. Were not paid at least one and one-half (1½) times his or her regular rate of pay for the hours over 40 per week.

18. Plaintiff's Notice of Consent to a Collective Action is attached hereto as Exhibit "A."

## COUNT I
## UNPAID OVERTIME AGAINST DEFENDANTS THE BERKLEY GROUP, INC., M & M CLEANING, CORP., AND WANDA MORILLO

19. Plaintiff re-alleges, as if fully set forth in this Count for Unpaid Overtime the allegations in Paragraphs 1-18.

20. Defendants have violated the provisions of U.S.C. § 207(a)(1) by employing Plaintiff and others

similarly situated as maintenance persons without compensating them at a rate not less than one and one-half (1½) times their regular rate for the hours worked in excess of forty (40) for each workweek.

18. Defendants have willfully failed to pay Plaintiff and others similarly situated their overtime wages.

19. Pursuant to 29 U.S.C. § 216(b), Plaintiff and others similarly situated are entitled to recover from Defendants a reasonable attorney fee.

20. Pursuant to 29 U.S.C. § 216(b), Plaintiff and others similarly situated are entitled to recover from Defendants liquidated damages in an equal amount due for unpaid overtime compensation. Alternatively, if liquidated damages are denied, prejudgment interest is claimed.

WHEREFORE, Plaintiff and others similarly situated demand judgment jointly and severally against defendants, The Berkley Group, Inc., M & M Cleaning, Corp., and Wanda Morillo for the following:

 A. Overtime compensation from November 18, 2005 through November 18, 2008.

B.  Liquidated damages and in the alternative prejudgment interest should liquidated damages be denied.

C.  Reasonable attorney's fees and costs.

Dated: November 18, 2008.

Respectfully submitted by:

*[signature]*

James E. Dusek
Florida Bar No. 0770833
915 Middle River Drive
Suite 600
Ft. Lauderdale, FL  33304
Mailing Address:
Post Office Box 4337
Ft. Lauderdale, FL  33338
(954) 565-2344 (Telephone)
(954) 566-7980 (Facsimile)
E-Mail Address:
jamesedusek@yahoo.com
Attorney for Plaintiff

**PLAINTIFF'S CONSENT NOTICE TO PROCEED PURSUANT TO
29 U.S.C. § 216(b)**

COMES NOW, the Plaintiff, Juan ~~Gonzales~~ GARCIA, and states the following:

1. My name is Juan ~~Gonzales~~ GARCIA and I am the plaintiff in this action.

2. The complaint filed under the Fair Labor Standards Act was brought in both my individual capacity and as a collective action pursuant to 29 U.S.C. § 216(b).

3. My consent is given for claims to be pursued in this action under the Fair Labor Standards Act in both my individual capacity and as a collective action.

_____     DATED: November 12, 2008.
Juan ~~Gonzales~~ GARCIA

_____
Interpreter

**EXHIBIT A**

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Juan Garcia, on behalf of himself and other similarly situated

**(b)** County of Residence of First Listed Plaintiff: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office James E. Dusek
P.O. Box 4337
Ft. Lauderdale, FL 33338
Telephone 954-565-2344

### DEFENDANTS
The Berkley Group, Inc., M & M Cleaning, Corp. and Wanda Morillo

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08CV 61866-Seitz-O'Sullivan

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____ DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:
29 USC Sections 207 & 216(b)    Unpaid overtime wages

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ undetermined
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD: *James E. Dusek*
DATE: November 18, 2008

FOR OFFICE USE ONLY
AMOUNT 350.00  RECEIPT # 544701  IFP _____